IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR337-1 |
| Plaintiff, | ) | **ORDER TO SEAL DOCUMENT** |
| v. | ) | |
| GILBERT M. GIBREAL, JR., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Motion of the Defendant for an order to seal Defendant's Sentencing Memorandum and Statement Regarding RPSR (Filing No. 89).

The Court, being fully advised in the premises, finds that the Motion Requesting Certain Documents to be Sealed should be granted.

IT IS ORDERED:

1. The Defendant's motion to file document under seal (Filing No. 89) is granted; and

2. The document named in Defendant's Motion to Seal shall be filed under seal.

DATED this 26th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Court