# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR337** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **GILBERT GIBREAL, JR.,** | ) | |
| **Defendant.** | ) | |

This matter is before the court regarding the sentencing hearing that began on Monday, July 18, 2005, at 3:00 p.m. The parties require additional time to present testimony with regards to this sentencing hearing.

IT IS THEREFORE ORDERED that the sentencing hearing in this matter will continue on Friday, July 22, 2005, beginning at 8:30 a.m.

DATED this 20th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge